**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Timothy Franklin Johnston                              Case Number: 04-40705
        Brenda Carol Culley Johnston                           Chapter :  13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

___

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Timothy Franklin Johnston** | **$ 13.90** |
| **Brenda Carol Culley Johnston** | |
| **630 Marbleridge Road** | |
| **Richmond, VA  23236** | |

**Dated: September 24, 2010**

\S\ Robert E. Hyman
_____
(Signature of Trustee)

Robert E. Hyman
Standing Chapter 13 Trustee
P.O. Box 1780
Richmond, VA. 23218-1780